**Order entered April 16, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01074-CR

**DAVID ANTHONY MCGEE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F12-00275-Y**

## ORDER

Appellant's April 9, 2013 motion to extend the time for filing appellant's brief is

**GRANTED**. Appellant's brief shall be due on **May 8, 2013**.


/s/      LANA MYERS
         JUSTICE